THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Kenneth Washington, Appellant.
 
 
 

Appeal from Richland County
Reginald I. Lloyd,
 Circuit Court Judge
Unpublished Opinion No. 2008-UP-012
Submitted January 1, 2008  Filed January 9, 2008    

APPEAL DISMISSED

 
 
 
 Appellate
 Defender Aileen P. Clare, of Columbia,  for Appellant.
 Deputy Director for Legal Services Teresa A. Knox, Legal Counsel Tommy
 Evans, Jr., and Legal Counsel J. Benjamin Aplin, all of Columbia, for
 Respondent.
 
 
 

PER
 CURIAM:  Kenneth Washington appeals the revocation of his
 probation.  Washington contends the circuit court committed an abuse of
 discretion in revoking his probation without a showing of a willful and
 intentional violation.  After a thorough
 review of the record, counsels brief, and Washingtons pro se response
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Washingtons appeal
 and grant counsels motion to be
 relieved. 
APPEAL DISMISSED.[1]
ANDERSON,
 SHORT, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.